UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0
Eastern Division

Patti O'Donnell
                                    Plaintiff,

v.                                                         Case No.: 1:07−cv−02191
                                                           Honorable Amy J. St. Eve

Werner Trucking Company
                                    Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 5, 2007:

   MINUTE entry before Judge Amy J. St. Eve :MOTION by Defendant Werner Trucking Company to transfer case (Venue) [16] is entered. Response due 9/19/2007. Reply due 9/26/2007.Mailed notice(tmh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.