Case: 8:07-cv-00412-FG3   Document #: 26   Date Filed: 10/16/2007   Page 3 of 7

> **IMPORTANT NOTICE: AFTER ALL PARTIES HAVE SIGNED THIS FORM, E-MAIL IT IN .PDF TO "consent@ned.uscourts.gov." DO NOT ELECTRONICALLY FILE THIS FORM OR SUBMIT IT TO CHAMBERS.**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

Patti O'Donnell,

    Plaintiff(s),

v.

Werner Enterprises, Inc.,

    Defendant(s).

Case Number: 8:07cv-412

CONSENT TO EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE

*FILED — OFFICE OF THE CLERK, U.S. DISTRICT COURT, DISTRICT OF NEBRASKA — 07 NOV 23 AM 7:58*

## CONSENT TO EXERCISE OF JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, the parties in this case hereby voluntarily consent to have a United States magistrate judge conduct any and all further proceedings in the case, including the trial, and order the entry of a final judgment. Any appeal shall be taken to the United States court of appeals for this circuit.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
| [signature] | For Defendant Werner | 11-20-07 |
| Stuart Dornan (?) | For Plaintiff O'Donnell | 11-20-07 |
|  | For |  |
|  | For |  |

## DISTRICT JUDGE OPTION

Pursuant to 28 U.S.C. § 636(c)(2) and Fed. R. Civ. P. 73, the parties in this case hereby acknowledge the availability of a United States magistrate judge but elect to have this case randomly assigned to a United States District Judge.

| Signature of Attorney or Party | Name of Party | Date |
|---|---|---|
|  | For |  |
|  | For |  |
|  | For |  |
|  | For |  |