# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATTI O'DONNELL, )<br>)<br>Plaintiff, )<br>) | 8:07CV412 |
| vs. )<br>) | ORDER |
| WERNER TRUCKING COMPANY, )<br>)<br>Defendant. ) | |

Upon review of the parties' mediation status report set out in correspondence to the court,

**IT IS ORDERED**, that counsel shall confer and, no later than **February 29, 2008**, advise the court of the identity and address of their chosen mediator, and the date of their mediation session.

Dated this 16th day of January 2008.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge