IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATTI O'DONNELL, | ) | Case No. 8:07CV412 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| WERNER TRUCKING COMPANY, | ) | |
| Defendant. | ) | |

Upon notice to the magistrate judge by Nathan Meisgeier, counsel for Defendant, that a settlement was reached before mediation occurred,

**IT IS ORDERED:**

1. On or before **April 18, 2008,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F. A. Gossett, at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case; and

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 18th day of March 2008.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge