# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PATTI O'DONNELL,** ) | |
| ) | **Case No. 8:07CV412** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **WERNER TRUCKING COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

Upon receipt of the parties' Joint Stipulation of Dismissal with Prejudice [37], filed on this date, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii),

**IT IS ORDERED** that the above-styled case is hereby DISMISSED WITH PREJUDICE, each side to bear its own costs.

**DATED April 14, 2008.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**